IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LISA MONRO GRIFFITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04CV1118-T |
| ) | [WO] |
| SPRINGHILL SERVICES, INC.; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiffs' Motion To Compel, filed on 17 May 2005 (Doc. # 13-1), and for good cause, it is

ORDERED that the motion is GRANTED. Plaintiff's served interrogatories upon the defendant on or about 31 January 2005, approximately 90 days ago. The defendant has failed to file any objection to the discovery requests, and the time for filing objections has expired. Accordingly it is

ORDERED that the motion is GRANTED. The defendant is DIRECTED to serve its full responses upon counsel for the plaintiff on or before 3 June 2005. On or before 7 June 2005, the plaintiff shall file written notice with the Clerk of the court that the full responses have been served.

Counsel for the defendant are REMINDED that they are expected to engage in good faith discovery and that the court is reluctant to continue to monitor their failure to respond in a timely manner. Any party's failure to respond to discovery requests in a timely manner

or otherwise in good faith could lead to sanctions by this court upon the parties or their attorneys.  See  *BankAtlantic v. Blythe Eastman Paine Webber, Inc*., 12 F.3d 1045 (11th Cir. 1994); *Pesaplastic, C.A. v. Cincinnati Milacron Co.*, 799 F.2d 1510 (11th Cir. 1986).

    DONE this 23rd day of May, 2005.

                                      /s/ Vanzetta Penn McPherson
                                      VANZETTA PENN MCPHERSON
                                      UNITED STATES MAGISTRATE JUDGE